Erica Sanchez, Of Counsel
Shefer Law Firm, P.A.
800 SE 4th. Ave #803
Hallandale Beach, Florida 33009
Telephone: (480) 866-1111
erica@shefer.legal
Arizona Bar #027107
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Claudia Diaz, et al.,**<br>    Plaintiff,<br>v.<br><br>**John Kramar**, *et al,*<br>    Defendants. | Case No. 2:26-cv-00882-PHX-JJT (MTM)<br><br>**UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF COMPLAINT FOR WRIT OF MANDAMUS FOR MOOTNESS** |

Undersigned counsel respectfully files this Unopposed Motion to Voluntarily Dismiss the Complaint for Writ of Mandamus filed on 02/01/26 [doc. 1], pursuant to Federal Rule of Civil Procedure 41(a)(1). As grounds therefore, undersigned counsel represents that the relief requested in the Complaint is now moot because Respondents have now provided the relief sought in the Petition. The Petition is therefore moot.

Respondents have indicated that there is no objection to this Motion.

Dated: February 13, 2026                Attorney for Plaintiff

By: */s/ Erica Sanchez*
Erica Sanchez, Of Counsel
Shefer Law Firm, P.A.
800 SE 4th. Ave #803
Hallandale Beach, Florida 33009
Telephone: (480) 866-1111
erica@shefer.legal
Arizona Bar #027107

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2026, I served the foregoing via CM/ECF on all counsel of record.

Dated: February 13, 2026                              Attorney for Plaintiff

By: <u>*/s/ Erica Sanchez*</u>
Erica Sanchez, Of Counsel
Shefer Law Firm, P.A.
800 SE 4th. Ave #803
Hallandale Beach, Florida 33009
Telephone: (480) 866-1111
erica@shefer.legal
Arizona Bar #027107