Case 2:26-cv-00882-JJT--MTM   Document 6   Filed 02/18/26   Page 1 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona ▼

| | |
|---|---|
| Claudia Diaz; Gustavo Adolfo Huera-Martinez <br><br> _Plaintiff(s)_ <br> v. <br> Kristi Noem, et al., <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  2:26-cv-00882-JJT-MTM |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   John Kramar
USCIS Phoenix District Office
1330 South 16th Street
Phoenix, AZ 85034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Erica Sanchez, Of Counsel
Shefer Law Firm, P.A.
800 SE 4th Ave. #803
Hallandale Beach, Florida 33009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk_

ISSUED ON 7:01 am, Feb 18, 2026

s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-00882-JJT-MTM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  John Kramar _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____          ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____          ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Served Habeas Petition by U.S.P.S. Certified Mail, addressed to John Kramar,1330 S 16th Street Phoenix, AZ 85034and to Attorney General's Office US Department of Justice 950 Pennsylvania Ave. NW Washington, DC 20530

My fees are $ ___0.00___ for travel and $ ___0.00___ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___02/18/2026___          _____
                                                    *Server's signature*

                                                    Nancy Ortega
                                                    *Printed name and title*

                                              2345 S Alma School rd Suite 203 Mesa, AZ 85210

                                                    *Server's address*

Additional information regarding attempted service, etc: