# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Claudia Diaz, *et al.*, | No. CV-26-00882-PHX-JJT (MTM) |
| Plaintiffs, | **ORDER** |
| v. | |
| John Kramar, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Motion for Voluntary Dismissal (Unopposed) (Doc. 4). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion for Voluntary Dismissal (Unopposed) (Doc. 4). This matter is dismissed under Fed. R. Civ. P. 41(a)(1). The clerk of Court shall terminate it.

Dated this 23rd day of February, 2026.

Honorable John J. Tuchi
United States District Judge